# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IMGUR, INC., a Delaware corporation, and DOES 1-5,<br><br>Defendants | Case No. 14-1466-RSL<br><br>**REQUEST FOR DISMISSAL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Christopher Boffoli hereby voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated December 2, 2014.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By: _/s/ Keith Scully_

Keith Scully, WSBA No. 28677
Attorneys for Plaintiff
CHRISTOPHER BOFFOLI

DISMISSAL- 1

**NEWMAN DU WORS LLP**

1201 Third Avenue, Suite 1600
Seattle, Washington 98101
(206) 274-2800